UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| GIORGINO G. HUERTA, | No. C 14-2302 LB |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | [Re: ECF No. 1] |
| TIM VIRGA, | |
| Defendant. | |

Plaintiff, an inmate at the California Men's Colony in San Luis Obispo, filed this *pro se* civil action, complaining of events and omissions that occurred at the California State Prison - Sacramento. The prison is located in Sacramento County, within the venue of the Eastern District of California. The named defendant works at that prison and apparently resides within the venue of the Eastern District of California. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District of California. Venue therefore would be proper in the Eastern District, and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

**IT IS SO ORDERED.**

Dated: June 12, 2014

LAUREL BEELER
United States Magistrate Judge

C 14-2302 LB
ORDER