1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GIORGINO HUERTA,                          No.  2:14-cv-1419 DAD P

12                  Plaintiff,

13        v.                                    ORDER

14   TIM VIRGA,

15                  Defendant.

16

17        Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights

18   action filed pursuant to 42 U.S.C. § 1983.  Plaintiff has consented to magistrate judge jurisdiction

19   for all purposes pursuant to 28 U.S.C. § 636(c) and Local Rule 305(a).  (See ECF No. 13.)

20        By order filed July 20, 2015, plaintiff's complaint was dismissed and plaintiff was granted

21   thirty days leave to file an amended complaint.  More than forty-five days from that date have

22   now passed, and plaintiff has not filed an amended complaint, or otherwise responded to the

23   court's order.

24        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

25   See Local Rule 110; Fed. R. Civ. P. 41(b).

26   Dated:  September 8, 2015

27

28
                                    _____
                                    DALE A. DROZD
                                    UNITED STATES MAGISTRATE JUDGE