UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIORGINO HUERTA,<br><br>            Plaintiff,<br><br>      v.<br><br>TIM VIRGA,<br><br>            Defendants. | No.  2:14-cv-1419 DB P<br><br><br>ORDER |

This civil rights action was closed on September 9, 2015.  Since then, plaintiff filed a motion for appointment of counsel on January 26, 2017, and then a notice regarding settlement on February 10, 2017.  Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

Dated:  March 17, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/DLB7;

DB/Inbox/Routine/ huer1419.58

1